UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. S1 4:22 CR 692 RLW JMB ) |
| CARL HART, | ) ) |
| Defendant. | ) |

## REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Christine H. Krug, Assistant United States Attorney for said District, and requests that the previous request for detention against the defendant continue.

As and for its grounds, the Government states as follows:

1. A previous indictment in this case was filed against defendant on December 7, 2022.

2. There is a continued serious risk that the defendant will flee if released on bond.

WHEREFORE, the Government requests that the previous request of detention continue against defendant.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Christine H. Krug*
CHRISTINE H. KRUG, #42586MO
Assistant United States Attorney