**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-692 RLW |
| | ) | |
| CARL HART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Government's Unopposed Motion for Continuance of Sentencing (ECF No. 37) is **GRANTED** for the reason stated therein. The sentencing of August 24, 2023 is VACATED.

**IT IS FURTHER ORDERED** that the sentencing hearing as to Defendant Carl Hart is reset to **Wednesday, September 6, 2023**, at **11:30 a.m.**, in **Courtroom 10-South**.

**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this 7th day of June, 2023.