Sentencing - 9-6-23

Victim Impact Statement

7-29-23

It is difficult to put into words exactly what I think and what I feel. It is difficult to forget certain moments from that night while other moments are fragmented.

I have written this letter many different times.

The post Traumatic stress disorder I was diagnosed with just days after the night you changed my life for ever, it has made this letter one of the hardest I have ever had to write.

My LORD and saviour Jesus christ says to forgive those who persecute me and to love my enemies.

So GOD compells me to forgive you for the physical scars you gave me on multiple places of my head, face and hand that I have to look at everyday for the rest of my life, For the permanent blurry vision in my eye, For the seperated and infected ribs I had for 10 months, For the mental Trauma I still suffer from - from being beaten by those who were supposed to protect me, For being covered in pepper spray and O.C spray, stripped stark naked and left laying on a concrete floor in a cell for hours with no help and no one to turn to. For the 8 plus months you made me do in solitary confinement, with little to no contact with the outside world, being forced to listen to the screams and Torment that others were going through all around me, For all the medication

GOV-0000625

I have to take every night to ease the physical and mental pain.

Ephesians 4v31-32 says Get rid of all bitterness, rage, anger, harsh words and slander as well as all types of evil behaviour, instead be Kind to each other, tender hearted, forgiving one another, just a GOD through christ has forgiven you.

I pray that one day you will turn to HIM and let go of the pain that causes you to hurt others

# VICTIM IMPACT STATEMENT

Victim: D███ A███
USAO Number: ███
Court Docket Number: 22-CR-00692

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

See Attached

GOV-0000627