## Victim Impact Statement

## Henley

They always say you never truly know how something is going to affect you until the time comes. I have come to find, from personal experience, that this is beyond true. I am a Survivor of sexual abuse and exploitation. My father groomed me for sexual abuse from the time I was 5 years old. For many years he engaged me in numerous sex acts, which he photographed and videotaped. When I was 12, my father was arrested, and the police came to my school to make sure I was safe. After my father's arrest and conviction, I received counseling for a number of years, but I was not able to forget what happened, or that the photos and videos continue to be circulated among pedophiles. Having received therapy and knowing that the person who created this whole situation will be in jail for the rest of his life does not end the consequences. The effects of the abuse still follow me around to this day and will forever. Although I have come to terms with what happened to me, I fear I may never be able to heal completely because it never ends. It is like constantly having a scab ripped off a wound that is trying to heal.

The fact that I am struggling to write this statement, to tell the court the devastating effects of the ongoing circulation of my sex abuse images is yet one more challenge I face as a result of the crimes against me. My childhood innocence was stolen and continues to be exploited on a daily basis by strangers. Knowing that I cannot retrieve the photos or videos, nor can I remove them from the internet and dark web makes me feel helpless and powerless.

When I turned 18, I asked not to receive VNS notices because I just couldn't bring myself to confront the mountains of evidence that images of my abuse were being circulated. I really just wanted to act like it wasn't happening. However, when I came to understand that 1) I didn't have to get the notices; a lawyer could get them for me, and 2) if I "opted out" of the notices I also opted out of restitution, I realized that my decision to avoid knowing what was happening with the images of my abuse, and the ongoing crimes against me, was making my life harder, not easier.

I have struggled to put the past behind me, but it is impossible, because the most unexpected "trigger" can cause the past to come screaming into the present. I am simply not able to wipe it out or pretend it didn't happen.

The effects of the ongoing abuse are irregular and unpredictable. Every day is a new challenge and I never know what's going to happen. I never know what type of day I'm going to have, due to PSTD, anxiety and triggers. Anything can set me off: the smell of a certain cologne, how certain males look, hearing the name Jessie (what father called me), hearing my father's name, smelling weed. I have made every effort to try to lead a "normal" life, but I am often derailed, by some unexpected thing (that might seem harmless to someone else) that causes me extreme anxiety and panic attacks.

Among the things I experience on a frequent (but irregular) basis:

- I am scared to leave the house in fear that someone will know who I am and either put me in danger, or make me feel less of myself, or draw attention to me in ways I do not want
- I have extreme fear of being alone especially at night; I lock all my doors anytime I'm showering or changing clothes

- I have trouble trusting in relationships, communicating, and feeling valued for more than just my body
- I fear that the fact that I am a victim of these crimes could affect my ability to get a job in my chosen career
- Knowing that my photos are forever on the internet and there is nothing I can do about it and having to tell people (prospective employers, for example, or friends who don't know my history) and explain my story is deeply embarrassing. I often feel that I have to justify or explain the most intimate, personal and degrading details, and I also fear that people judge me, that they make assumptions about me, and that I am marked or tainted.
- I constantly question my self-worth, if I am really loved for me, if I'm being cheated on, if I'm not good enough, etc. My own insecurities threaten my relationships.
- My reactions are often out of proportion to events
- I am unable to trust or be comfortable in intimate situations, even with my fiancé.
- When it is really bad, I have full blown anxiety attacks to point I can't breathe, see or move and I may start to scream, or be horribly rude to the people around me, or pass out, not remembering what happened when I wake up.
- My PTSD affects my work due to excessive absences as a result of anxiety attacks or having to take longer breaks/ lunches in order to calm down. My employer doesn't understand why I act the way I do when getting hit on by people who are trying to do business with me, when people flirt with me or make comments about my appearance, or even general the fear that a client or customer knows me because he has seen my images. One time a customer said, "I'd love to see you with just your glasses and nothing else." I had to leave; couldn't brush it off. It completely sent me sideways.
- I often feel that my needs, desires, security are secondary to others

Just having to keep my identity secret to protect myself and insure my safety from pedophiles who have seen my image is a struggle. I am aware of multiple people commenting on the photos and videos, and contacting people saying they know where I live and my whereabouts (a few have come close to finding my address). I have had to change my name, not own property with my name or mother's name on it, and have a safe-at-home program so my information is on no public records, making it hard to do just about anything from get my license to opening a bank account.

Multiple people have sent "fan mail", made comments on the internet and/or contacted law enforcement stating that if I didn't like what was happening to me I "would have stopped it sooner" or "she needs to do the internet a favor and grace us with her body again" and other vulgar and horrific things about my photos, videos, body and what they call "service" to the porn community. I have been approached multiple times in public by either "fans" or individuals who knew my abuser, making it crippling to go anywhere, especially go anywhere alone. While it is distressing to me to know how many people have been caught by law enforcement, it is even more distressing to realize how many have not been caught.

I feel guilt and shame, even though I recognize that I am not responsible for what happened to me. In many ways, I still feel like a child, trapped, powerless, paralyzed, unable to stop or prevent the ongoing abuse.

As I've gotten older, I've been asked to model. Unfortunately, while that could be a lucrative career, that cannot be an option for me, as I don't want the pedophiles who are looking at the images of my childhood abuse to know what I look like now, or to place myself in danger. I don't want any more photos of myself on the internet! And I am unwilling to allow someone else to own photographs of me.

I am always suspicious of people I don't know, and even of people I know only casually. This underlying suspicion causes me to constantly keep people at an arm's length.

I desperately want to "recover" or at least minimize the effects of the ongoing circulation of photos. I do not want to succumb to hopelessness or depression. I would like to be able to seek therapy and be able to pay for it. I do not currently have the funds to do so.

I would like to find a career where I can progress, contribute and feel a sense of purpose and accomplishment.

I would like to be able to feel confident about myself, to feel deserving of love, to be able to express my love for others, and to banish my fears and insecurities.

I don't know if those things are possible, as long as the images of my childhood sexual abuse continue to be downloaded and possessed by strangers. I feel that the least that these people who don't know me (and who I never want to know!) can do is contribute to my recovery.

The foregoing statement is true, under penalty of perjury and 28 U.S.C. §1746

Dated this _10th_ day of May 2019.

